# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Toby Jerome Smith** DOB: year; United States | DOCKET NO.<br>21-08699MJ<br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 15, 2021, in the District of Arizona, **Toby Jerome Smith**, knowing or in reckless disregard that certain illegal aliens, including Julio Angeles-Everisto, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 15, 2021, in the District of Arizona (Hereford), a United States Border Patrol Agent (BPA) responded to assist a Sierra Vista Police Officer with a vehicle stop. The officer stopped a 2018 Dodge Charger with an Arizona temporary plate. The driver was identified as **Toby Jerome Smith** and the front passengers as an adult male, both U.S. Citizens. The five backseat passengers were wearing camouflage clothing typical of that worn by people attempting to avoid detection from Border Patrol. All five admitted to the BPA that they were in the U.S. illegally, including Julio Angeles-Everisto.

Material witness Julio Angeles-Everisto said he had arranged to be smuggled into the United States for money. Angeles admitted that he crossed the U.S. border illegally and said the was being guided by a foot-guide. Angeles said that once they reached a dirt road, the guide pointed out a vehicle that was approaching the area as the load vehicle. Angeles said that the group got inside the vehicle still wearing their camouflage clothing. Angeles said that there were two people already in the car, the driver and front passenger. Angeles identified **Smith** as the driver in a photo lineup.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Julio Angeles-Everisto

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone x<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>August 16, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54